PETER YOUSEY, Respondent, *v.* QUEEN INSURANCE COMPANY OF AMERICA, Appellant.

*Yousey* v. *Queen Ins. Co. of America*, 166 App. Div. 971, affirmed.
(Argued December 5, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered February 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that on or about the 1st day of June, 1909, the defendant, through Joseph V. Baker, its agent, at Gouverneur, made and executed a certain policy of insurance, by the terms of which the defendant agreed to insure the sawmill of the plaintiff, located at Aldrich, N. Y., against loss or damage by fire, in the sum of $1,000, and that on the 3d day of June, 1909, a fire occurred destroying the said sawmill, causing a loss to the plaintiff of more than the total amount of insurance thereon, and alleging that no proofs of loss were served pursuant to the standard form of fire insurance policy on account of the fact that the said Joseph V. Baker refused to disclose the identity of the defendant to the plaintiff, the plaintiff having no knowledge as to what companies said Joseph V. Baker had bound, if any. The complaint further alleged that the action was not begun within one year from the date of the fire for the same reason, and demanded judgment against the defendant in the sum of $1,000, with interest and costs. The answer of the defendant denied the making of said contract of insurance, and set up the defenses that no proof of loss was served upon the defendant, and that the action was not brought within one year after the fire, the limitation prescribed by the standard fire insurance policy, and demanded judgment that the complaint be dismissed.

*Jerome L. Cheney* for appellant.

*Wilbur A. Porter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., and MCLAUGHLIN, J.